Dismissed and Opinion filed February 6, 2003









Dismissed and Opinion filed February 6, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00640-CV

____________

 

YORKSHIRE HOMES, INC., Appellant

 

V.

 

REEM GHALIB and MOHAMMAD TAREK AL-ASSI, Appellees

 



 

On
Appeal from the 133rd District Court

Harris
County, Texas

Trial
Court Cause No. 01-42358

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 3, 2002.  On August 1, 2002, this Court ordered the
parties to mediation.  On January 31,
2003, appellant filed an unopposed motion to dismiss the appeal because the
case has been settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed February 6, 2003.

Panel consists of Chief Justice
Brister and Justices Fowler and Edelman.